**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JEFFERY B. ROGERS                                                                      PLAINTIFF
ADC #657472

V.                    NO: 4:11CV00627 DPM/HDY

ASHLEY COUNTY DETENTION CENTER                     DEFENDANT

## ORDER

Plaintiff filed a *pro se* complaint on August 12, 2011, and an amended complaint on September 9, 2011. Construing Plaintiff's complaint liberally, the Court concludes that, for screening purposes, Plaintiff states a cognizable claim for relief against Defendant David Johnson, and will therefore order service upon him.

IT IS THEREFORE ORDERED THAT service is appropriate on Defendant David Johnson, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), amended complaint (docket entry #6), this order, and summons, upon Johnson, without prepayment of fees and costs or security therefor.

DATED this   13   day of September, 2011.

                                                      UNITED STATES MAGISTRATE JUDGE