**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JEFFERY B. ROGERS                                                                                              PLAINTIFF

V.                                        NO: 4:11CV00627 DPM/HDY

ASHLEY COUNTY DETENTION CENTER                                                            DEFENDANT

**ORDER**

Plaintiff Jeffery B. Rogers, formerly held at the Ashley County Detention Center, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on August 12, 2011, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On September 21, 2011, Plaintiff filed a change of address notice indicating that he has been released from custody (docket entry #10).

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Plaintiff wishes to proceed with this lawsuit, he is directed pay the filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry of this order. Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk is directed to forward an IFP application to Plaintiff.

2.     Plaintiff is directed to submit, no later than 30 days after the entry of this order, either the $350.00 statutory filing fee, or to complete and sign the IFP application, and file it. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

DATED this   22   day of September, 2011.

                                                UNITED STATES MAGISTRATE JUDGE