IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFERY B. ROGERS**                                                                              **PLAINTIFF**

v.                                       **No. 4:11-cv-627-DPM**

**ASHLEY COUNTY DETENTION
CENTER and DAVID JOHNSON**                                                **DEFENDANTS**

ORDER

The Court has considered Magistrate Judge H. David Young's proposed findings and recommendations, *Document Nos. 8 & 18*. Rogers has not objected because he has not kept the Court apprised of his correct mailing address. *Document Nos. 16 & 17*. Nor has he complied with the Court's September Order directing him to file a free-world *in forma pauperis* application or pay the $350.00 statutory filing fee within thirty days. *Document No. 11*. Having reviewed both proposals for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the second proposal, *Document No. 18*, as its own. The first proposal, *Document No. 8*, is moot. Rogers's

complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2).

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 Nov. 2011