IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFERY B. ROGERS**                                                                 **PLAINTIFF**

v.                              No. 4:11-cv-627-DPM

**ASHLEY COUNTY DETENTION
CENTER and DAVID JOHNSON**                                   **DEFENDANTS**

JUDGMENT

Jeffery B. Rogers's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

22 Nov. 2011